J. SAMUEL LEMON, as Administrator of the Estate of HOPE A. LEMON, Deceased, Appellant, *v.* LOUISA M. SMITH, as Administratrix of the Estate of ADON SMITH, JR., Deceased, et al., Respondents, Impleaded with Others.

ESTHER J. SMITH, as Administratrix of the Estate of RICHARD O. SMITH, Deceased, Appellant, *v.* LOUISA M. SMITH, as Administratrix of the Estate of ADON SMITH, JR., Deceased, et al., Respondents, Impleaded with Others.

*Lemon* v. *Smith,* 70 App. Div. 621, affirmed.
(Argued May 4, 1903, decided May 19, 1903.)

APPEALS from two judgments of the Appellate Division of the Supreme Court in the third judicial department, entered April 14, 1902, affirming judgments in favor of respondents entered upon the report of a referee.

*Edwin Countryman, S. D. White* and *B. J. Stimson* appellants.

*John E. Parsons, William Man* and *Smith M. Lindsley* for respondents.

Judgments affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and VANN, JJ. Absent: HAIGHT, J.